UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at Pikeville)

| | | |
|---|---|---|
| MICHAEL ADAMS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 7: 16-243-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| CAROLYN W. COLVIN, Acting | ) | **ORDER** |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is pending for consideration of Plaintiff Michael Adam's motion for leave to proceed *in forma pauperis*. [Record No. 2] The affidavit filed in connection with the motion does not contain sufficient information to allow the Court to make a definitive ruling pursuant to Local Rule 5.3(b). Specifically, while the affidavit lists no income, neither does it list any monthly expenses. Accordingly, it is hereby

**ORDERED** that the plaintiff's motion to proceed *in forma pauperis* [Record No. 2] is **DENIED**, without prejudice to be re-filed with a revised affidavit that satisfies the requirements of Local Rule 5.3(b). Those documents must be filed within ten days of the entry of this Order. Otherwise, this matter will be dismissed, without prejudice.

This 4th day of November, 2016.



Signed By:
*Danny C. Reeves*  DCR
United States District Judge

-1-