UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at Pikeville)

| | | |
|---|---|---|
| MICHAEL ADAMS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 7: 16-243-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| NANCY A. BERRYHILL,* | ) | **ORDER** |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This civil action was filed on November 4, 2016, along with a motion for leave to proceed *in forma pauperis*. [Record Nos. 1, 2]  On that same day, the Court entered an Order denying the *pauper* motion as insufficient under Local Rule 5.3(b). [Record No. 5]   The denial was without prejudice and provided the plaintiff ten days to file a revised motion. [*Id.*]  The ten day period has expired, and no revised motion has been submitted.  Accordingly, it is hereby

**ORDERED** that this civil action is **DISMISSED**, without prejudice, and **STRICKEN** from the Court's docket.

This 9th day of February, 2017.



---

\*        As of January 23, 2017, Nance A. Berryhill is the Acting Commissioner of Social Security, and is hereby substituted as the defendant in this action pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.